# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00057-CV

**Ross O. Brown, Appellant**

**v.**

**The County of Comal, Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. T-7993C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ross O. Brown appeals from the trial court's judgment awarding delinquent property taxes to the County of Comal, Texas. In his appellate brief, the only relief requested by Brown is reversal or a stay of the trial court's judgment to allow himself and his wife time to pay off the delinquent property taxes.

The County has filed a motion to dismiss the appeal for want of jurisdiction. The County's motion states that payments have been made toward the delinquent taxes during the pendency of the appeal and that the final payment was made on September 2, 2014, rendering Brown's appeal moot because no further controversy exists between the parties. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) (noting that case becomes moot if controversy ceases to exist on appeal). Brown has not responded to the motion to dismiss,

and we conclude, based on our review of the record, that the appeal has become moot. *See* Tex. R. App. P. 42.3(a).

"If a case is or becomes moot, the court must vacate any order or judgment previously issued and dismiss the case for want of jurisdiction." *Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012). Accordingly, we grant appellee's motion, vacate the trial court's judgment signed on January 31, 2014, and dismiss this appeal as moot.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Vacated and Dismissed for Want of Jurisdiction

Filed:   January 22, 2015

2